UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LELAND FOSTER, | Case No: 2:15-CV-12884-VAR-EAS |
| Plaintiff, | Hon. Victoria A. Roberts |
| v. | Mag. Elizabeth A. Stafford |
| SG TWO, INC., d/b/a CAPTAIN JOE'S GRILL and SG ONE, LLC, | |
| Defendants. | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate to the dismissal with prejudice of the Complaint of Plaintiff Leland Foster ("Plaintiff").

**IT IS ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs or attorney's fees to any party.


Dated: April 4, 2016         S/Victoria A. Roberts
                             United States District Judge

2

**SO STIPULATED:**

| | |
|---|---|
| /s/ Owen B. Dunn, Jr. (w/consent) | /s/ W. Daniel Troyka |
| Owen B. Dunn, Jr. | W. Daniel Troyka (P65155) |
| 4334 W. Central Ave., Suite 222 | CONLIN, McKENNEY & |
| Toledo, OH 43615 |   PHILBRICK, P.C. |
| Ph:   419-241-9661 | 350 S. Main St., Suite 400 |
| Fax:  419-241-9737 | Ann Arbor, MI 48104-2131 |
| dunnlawoffice@sbcglobal.net | Ph:   734-761-9000 |
| | Fax:  734-761-9001 |
| *Attorney for Plaintiff Leland Foster* | troyka@cmplaw.com |
| | |
| | *Attorney for Defendants SG Two, Inc., d/b/a Captain Joe's Grill and SG One, LLC* |

Dated:  March 31, 2016